UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-381 (MJD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>DEWAYNE ESAW,<br><br>Defendant. | GOVERNMENT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO RULE 35(b) |

The United States moves the Court pursuant to Fed.R.Crim.P. 35(b) for a reduction of sentence with the extent of the reduction to be determined by the Court. The reasons for the reduction are set forth in a letter to the Court dated December 15, 2004.

Dated: December 15, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/ Joseph Dixon

BY: JOSEPH T. DIXON, III
Assistant U.S. Attorney
Attorney ID No. 0283903