# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02cr381(MJD)

DEWAYNE ESAW,

Defendant(s).

I hereby certify that on December 15, 2004, I served, or caused to be served, the following documents:

Government's Motion for Sentence Reduction Pursuant to Rule 35(b)

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Lyonel Norris, Assistant
Federal Public Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

THOMAS B. HEFFELFINGER
United States Attorney

s/ Kim Anderson

BY: KIM ANDERSON
Legal Assistant