6/04

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
PROCEEDING BEFORE UNITED STATES JUDGE MICHAEL J. DAVIS

**Re- SENTENCING MINUTES** Court Reporter: Lori Simpson

Criminal No.: 02-381 (MJD/JGL) Date: February 17, 2005

United States of America, Joe Dixon
Counsel for Government

v.

(1) DEWAYNE NMN ESAW Lyonel Norris
Counsel for Defendant

**SENTENCE IMPOSED AS TO COUNT(S)** 1 of the Indictment

( / ) **Custody of Bureau of Prisons for** 36 months
( / ) Defendant is returned/remanded into U.S. Marshal custody

s/Debbie Halfman
Signature of Deputy Clerk Debbie Halfman