AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Dewayne Esaw**

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **02-381 (1)( MJD/JGL)**
USM Number: **10781-041**
Social Security Number: 2523
Date of Birth: 1962

**Lyonel Norris**
Defendant's Attorney

**THE DEFENDANT:**

Defendant was re-sentenced.

[**X**] pleaded guilty to count(s): **1 of the Indictment**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(e)(1) | Felon in possession of a firearm | November 13, 2001 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

**February 18, 2005**
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

February 23, 2005
Date

DEFENDANT: DEWAYNE ESAW
CASE NUMBER: 02-381 (1) (MJD/JGL)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **36 months**.

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ______________________________

a __________________________ , with a certified copy of this Judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal

DEFENDANT: DEWAYNE ESAW
CASE NUMBER: 02-381 (1) (MJD/JGL)

# SUPERVISED RELEASE

All original conditions of release set on June 17, 2004 are still in effect.