RECEIVED

MAR 22 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Dewayne Esaw

Docket No. 0:02CR00381-001

# HEARING WAIVER

I, Dewayne Esaw, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: D. Esaw

Dewayne Esaw
Supervised Releasee

Dated: 3/20/07

Witness:

SCANNED
MAR 22 2007
U.S. DISTRICT COURT MPLS