**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JEANNE J. GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 02-381 MJD |
| | ) | Date: 06/12/07 |
| Dewayne NMN Esaw, | ) | Court Reporter: N/A |
| | ) | Tape Number: 94/2743-3127 |
| Defendant. | ) | Time Commenced: 11:10 a.m. |
| | | Time Concluded: 11:15 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Jow Dixon, Assistant U.S. Attorney

Defendant: Lyonel Norris √ To be appointed

Interpreter / Language: N/A // ENGLISH

Date Charges Filed: 05/25/07 Offense: **Violation of Supervised Release**

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

Additional Information:

Defendant released on same conditions as previously imposed. Final revocation hearing is Tuesday, June 26, 2007 at 10:30 a.m. before Judge Davis.

s/AR
Criminal Duty Clerk