AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

Dewayne NMN Esaw

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 02-381 MJD/JGL

RECEIVED
JUN 07 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED
US MARSHALS SERVICE
MPLS MN
2007 MAY 30 P 12 10

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **U.S. Courthouse, Suite 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jeanne J. Graham**

On: **6/12/07 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Stacey E. Kulevich

Stacey E. Kulevich, Deputy Clerk

Dated: May 30, 2007

SCANNED
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] DANIEL ELBERS Date: 5-31-07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS Cellblock Mpls, MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5-31-07
Date

for BEN KATES COUSER
~~Name~~ of United States Marshal

Daniel Elbers
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure