**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Dewayne Esaw, )
Defendant. )
)
)
)

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

Case No: 02cr281(1) MJD/JGL 1
Date: June 26, 2007
Court Reporter: Lori Simpson
Time Commenced: 10:32 a.m.
Time Concluded: 11:04 a.m.
Time in Court: 32 Minutes

## APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Lyonel Norris ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Hearing on Report Waived
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Supervised Release continued to original term
☒ Special conditions of : **See J&C for special conditions** .
☒ Defendant is sentenced to: 4 months Bureau of Prisons

s/Susan Schempf
Judicial Assistant