PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUN 26 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Dewayne Esaw**

**Docket No. 0:02CR00381-001(MJD)**

**AMENDED Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dewayne Esaw** who was sentenced for Felon in Possession of a Firearm on June 16, 2004, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol/intoxicants; drug and alcohol aftercare; and urinalysis testing

60 days of home confinement with electronic monitoring (modified March 21, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On May 2 and 5, 2007, Mr. Esaw tested positive for cocaine. Mr. Esaw admitted his use of cocaine.

SPECIAL CONDITION E: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and impatient of outpatient treatment, counseling or a support group.

Mr. Esaw missed urinalysis testing at Recovery Resource Center in Minneapolis on April 30, 2007; **and again on June 5, 15, and 21, 2007**. He also conveyed that he had not been attending chemical dependancy treatment at Turning Point as required.

MODIFIED CONDITION (on March 21, 2007): The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Mr Esaw violated his conditions of home detention with electronic monitoring on May 2, 2007, when between 0127 hours and 0402 hours he left his residence without permission . When confronted regarding this event, Mr. Esaw acknowledged leaving his residence without permission to secure and use cocaine.

SCANNED
JUN 26 2007
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That **the Petition on Supervised Release dated May 22, 2007, be amended to include the additional violation as notice above.**

ORDER OF THE COURT

Considered and ordered this 25 day of June, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on June 21, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer