**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-381 MJD |
| | ) | Date: December 3, 2007 |
| Dewayne Esaw, | ) | Court Reporter: None |
| | ) | Tape Number: 165 |
| | ) | Time Commenced: 11:03 a.m. |
| Defendant. | | Time Concluded: 11:09 a.m. |
| | | Time in Court: 6 Minutes |

## APPEARANCES:

Plaintiff: Richard Newberry , Assistant U.S. Attorney
Defendant: Caroline Durham ☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: 12/2/02 Offense: Felon in Possession of a Firearm

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ **Charges from other District-**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☐ Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

Next appearance date is December 19, 2007 at 10:30 a.m. before U.S. District Judge Davis in Courtroom 14E for a Final Revocation Hearing:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation ☐ bond revocation

Additional Information:

**Defendant waived preliminary revocation and detention hearing on the record.**

s/Amy Linner
Criminal Duty Clerk