**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## CRIMINAL MINUTES - Appearance on Revocation

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
Dewayne Esaw (1) )
)
Defendant(s). )

**COURT MINUTES**
BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 02cr381(1) MJD/JGL |
| Date: | December 19, 2007 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 10:35 a.m. |
| Time Concluded: | 10:40 a.m. |
| Time in Court: | 5 Minutes |

## APPEARANCES:

Plaintiff: Joseph Dixon III, Assistant U.S. Attorney
Defendant: Lyonel Norris for ☒ FPD

## MINUTES:

Medical evaluation ordered.
Continued for Final Revocation hearing on March 19, 2008 at 9:00 a.m.

s/Susan Schempf
Signature of Judicial Assistant