UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Dewayne Esaw,

Defendant.

Criminal No. 02-381 MJD

**ORDER FOR PSYCHOLOGICAL EVALUATION**

---

Joseph T. Dixon III, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Lyonel Norris, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

Defendant's motion for a psychological evaluation under 18 U.S.C. § 4241(b), is GRANTED.

**IT IS HEREBY ORDERED** that: Pursuant to 18 U.S.C. § 4241(b), the Court directs that a study assess Mr. Esaw's current mental condition and mental health. Attention should be paid to an examination of Mr. Esaw's physical condition and particularly any physical or psychological reasons for loss of memory. The Court specifically directs that Mr. Esaw's be examined to determine if there is a traumatic brain injury. The Court further directs that the evaluation go beyond assessing mental health and that it include a diagnosis and description of any physical conditions or mental illness or impairment that Mr. Esaw may be currently experiencing. The Court requests that an

evaluation of Mr. Esaw's current physical and mental condition and of the effectiveness of any current treatment regimen be made. Finally, the Court directs that a recommended treatment plan be prepared, taking into account diagnoses of Mr. Esaw's physical condition and any mental illness, should be articulated.

The Court further finds that the interest in having the proceedings against Mr. Esaw be informed by an understanding of his physical and mental condition outweighs the best interests of the public and the defendant in a speedy trial, and that the delay that may result from this evaluation shall be excluded in computing the time within which the trial of this case must commence, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: December 20, 2007

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge