UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                           Cr. File No. 02-381 (MJD)

          Plaintiff,

v.                                                                  **ORDER**

Dewayne Esaw,
          Defendant.
_____

      Pursuant to the Order of this Court dated December 20, 2007, Defendant was ordered to undergo a physical and mental health examination pursuant to 18 U.S.C. § 4241(b).  The matter is before the Court upon the request of the U.S. Medical Center for Federal Prisoners, in Springfield, Missouri, for an extension to complete the examination.

      The applicable statute provides that the Court may commit the Defendant for such evaluation for a period not to exceed thirty (30) days. 18 U.S.C. § 4247(b). The director of the facility may request an extension, not to exceed fifteen (15) days, in order to complete the evaluation.  <u>Id.</u>

IT IS HEREBY ORDERED that the request for an extension is granted. The physical and mental health evaluation shall be completed on or before March 14, 2008.

Date: February 26, 2008

s / Michael J. Davis
Michael J. Davis
United States District Court

Criminal No. 02-381