# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CR 02-381 (MJD/JGL)

UNITED STATES OF AMERICA,

**NOTICE**

v.

DEWAYNE NMN ESAW.

---

Due to psychological evaluation currently taking place, the Court has cancelled the Final Revocation Hearing scheduled for 3/19/08 at 2:00 p.m. before Judge Michael J. Davis. Parties shall contact the Court to reschedule this hearing after a final evaluation has been received and reviewed.

Dated: February 29, 2008

s/Kristine Wegner
KRISTINE M. WEGNER
Calendar Clerk to the
Honorable Judge Michael J.
Davis