**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
Dewayne NMN Esaw (1), )
)
Defendant. )
)

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

Case No: 02-cr-381 (1) (MJD/JGL)
Date: April 22, 2008
Court Reporter: Lori Simpson
Time Commenced: 9:05 a.m.
Time Concluded: 9:20 a.m.
Time in Court: 15 Minutes

APPEARANCES:

Plaintiff: Joseph Dixon III, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Defender

PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

ORDERED:

☒ The defendant is sentenced to 56 months with the BOP. The supervised release will terminate at the end of the time served. No further supervision to follow.
☒ Defendant remanded to the custody of the U.S. Marshal.
☒ Written order to be issued.

Date: April 22, 2008

s/KW
Calendar Clerk to Judge Michael J. Davis